**620  MOORE vs. CIRCUIT JUDGE (Wayne), 55 M., 84.**

To compel respondent to hear and proceed to judgment, in a case commenced against a non-resident as principal defendant and certain residents as garnishee defendants, and the default of the principal defendant had been entered under How. Stat., Sec. 8087, the circuit judge having refused to proceed for want of jurisdiction, in that no service of process had been made on the principal defendant within the State.

Granted October 15, 1884.

**621  CHILSON vs. CIRCUIT JUDGE (Wayne), 60 M., 235**

To compel respondent to order a trial upon a plea to the jurisdiction of the justice, from whose judgment relator had appealed, the plea being that the value of property replevined was $200, and therefore the justice had no jurisdiction.

Denied February 16, 1886.

Held, that the jurisdiction of a justice, in replevin, attaches according to the claim in the affidavit, and having attached continues to judgment at least up to five hundred dollars, and that a plea in abatement is not necessary to destroy the jurisdiction of a justice depending upon the amount in controversy, if shown on the trial to be excessive.